UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN LAVENDER LEGARE,

    Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST CO., *et al.*,

    Defendants.

Case No. C08-589RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. Plaintiff, who is proceeding *pro se*, describes her action as a "quiet title action." She asserts that this Court has jurisdiction based on diversity of the parties. However, her complaint states that both she and defendant Regional Trustee Services Corporation are citizens of Washington state. Accordingly, it not appear that the Court has jurisdiction based on 28 U.S.C. § 1332. Nor has plaintiff alleged any federal claims.

    Accordingly, plaintiff is ordered to SHOW CAUSE, within thirty days of the date of this order, why her complaint should not be dismissed for lack of subject matter jurisdiction. Plaintiff must file an amended complaint within thirty days of the date of this order that shows that this Court has jurisdiction over her claims. Otherwise,

ORDER TO SHOW CAUSE - 1

1 | plaintiff's complaint will be dismissed. The amended complaint, if filed, will supercede
2 | the original complaint. The Clerk of the Court is directed to place this order to show
3 | cause on the Court's calendar for May 30, 2008.

　　　　DATED this 24th day of April, 2008.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2